AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

EDWARD GREEN,  )
*Plaintiff*  )
v.  )  Civil Action No. 17-3201
WEXFORD HEALTH SOURCES, INC., et al.,  )
*Defendants*  )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: that Plaintiff Edward Green's, action against Defendants Wexford Health Sources, Inc., Ritz, and Larson, was dismissed with prejudice on 3/23/23; the action against Defendant Butler was dismissed 2/4/20; the action against Defendant Unknown Warden was dismissed 10/13/17; and the action against Defendants Sullivan and Issacs was dismissed 9/20/17 by order entered in case no. 17-0890, Southern District of IL. Plaintiff shall recover nothing on his claims against each of the named Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 3/23/2023

CLERK OF COURT

s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*